IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC § § *Plaintiff*, § vs. § § USAA FEDERAL SAVINGS BANK. § § § *Defendant*. § | Case No. 2:13-cv-124 **JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Traffic Information, LLC ("Traffic") and defendant USAA Federal Savings Bank ("USAA"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Traffic and USAA, and over the subject matter of this action.

2. Each claim made and that could have been made by Traffic against USAA, and each counterclaim made and that could have been made by USAA against Traffic, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Each Party shall bear its own costs and attorneys' fees.

**SIGNED this 2nd day of July, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE